IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CLINT ANTHONY AVANT,**

    **Plaintiff,**

**v.**                                       **CASE NO. 4:04-cv-00187-MP-AK**

**JAMES V CROSBY,**
**FLORIDA DEPARTMENT OF CORRECTIONS,**

    **Defendants.**

_____/

### O R D E R

This matter is before the Court on Plaintiff's Motion to Compel Disclosure or Discovery. (Doc. 26). Having considered said motion, the Court is of the opinion that it should be **DENIED AS MOOT** for the reasons recited in the Court' previous Order dated July 13, 2005. (See Doc. 28).

**DONE AND ORDERED** this **18th** day of July, 2005

                            **s/ A. KORNBLUM**
                            **ALLAN KORNBLUM**
                            **UNITED STATES MAGISTRATE JUDGE**